**Melvin CHERRY, Petitioner–Appellant,**

v.

**David GARRAGHTY, Warden of the Greensville Correctional Center; United States Parole Commission, Respondents–Appellees.**

**No. 03–6184.**

United States Court of Appeals, Fourth Circuit.

Submitted May 14, 2003.

Decided May 22, 2003.

Melvin Cherry, Appellant Pro Se. Christopher Garrett Hill, Office of the Attorney General of Virginia, Richmond, Virginia; George Maralan Kelley, III, Office of the United States Attorney, Norfolk, Virginia, for Appellees.

Before WIDENER, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Melvin Cherry, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. *See Cherry v. Garraghty,* No. CA–02–171 (E.D.Va. Jan. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*